NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

P.A.L.,                                          )
                                                 )
                    Appellant,                   )
                                                 )
v.                                               )     Case No. 2D17-2358
                                                 )
STATE OF FLORIDA,                                )
                                                 )
                    Appellee.                    )
                                                 )
_____                  )

Opinion filed August 22, 2018.

Appeal from the Circuit Court for
Hillsborough County; Barbara Twine-
Thomas, Judge.

Howard L. Dimmig, II, Public Defender,
and Matthew D. Bernstein, Assistant
Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Laurie Benoit-Knox,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


                    Affirmed.


CASANUEVA, CRENSHAW, and ATKINSON, JJ., Concur.